IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02354-WDM-MEH

DEBRA WATTERS AND
PAUL WATTERS,

    Plaintiffs,

v.

GLOBAL CREDIT & COLLECTION, INC.,

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, the complaint is dismissed with prejudice, each party to pay his, her or its own costs and attorneys' fees.

DATED at Denver, Colorado, on February 10, 2010.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States Senior District Judge